Stephen D. Spencer (USB #8913)
SPENCER LAW OFFICE
PO Box 57247
Murray, UT 84157
2263 West 7800 South
West Jordan, UT 84088
Telephone: (385) 228-2352
Email: steve@stevespencerlaw.com

*Attorney for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| BROOKS HOUGHTON; JOHN/JANE DOES 1-20; Plaintiffs, <br><br> v. <br><br> CHISTOPHER D. HALES; BANK OF AMERICA NATIONAL ASSOCIATION; SINDAKIT SOFTWARE; MC VENTURES, LLC; BETTORDAYS, INC. JOHN/JANE DOES 21-40; Defendants. | **MOTION FOR JOINDER OF PARTY** **(Bryan Lund as Plaintiff)** <br><br><br><br><br><br> Case No. 2:20-cv-00227-PMW <br><br> Judge Paul M. Warner |

COMES NOW Plaintiff, by and through counsel, and pursuant to FRCP 20 & 21, moves the Court to join one Bryan Lund as a Plaintiff in this matter as follows:

1. The Court should order that one Bryan Lund be joined as a party Plaintiff in this matter. This is a permissive joinder under FRCP 20.

   AS GROUNDS for the motion, Plaintiff submits the following:

2. Bryan Lund is a resident of Utah and is therefore subject to *in personam* jurisdiction of

this Court.

3. Bryan Lund is represented by attorney Stephen Spencer and has expressly authorized Mr. Spencer to join him as a party Plaintiff at his own request.

4. Bryan Lund asserts that he is entitled to relief with respect to or arising out of the same series of transactions or occurrences as set forth in the Complaint; and that further, there are questions of law or fact common to all plaintiffs will arise in the action.

5. Plaintiff Brooks Houghton stipulates to the joinder of Bryan Lund as a plaintiff and joins the motion.

6. Plaintiff Brooks Houghton and movant/prospective Plaintiff Bryan Lund submit that this permissive joinder will be in the interest of judicial economy because it will spare the Court from hearing the same evidence regarding the same or similar facts and circumstances in multiple cases.

7. Wherefore, Plaintiff prays for relief as set forth above herein.

DATED this 2nd day of July, 2020.

/S/ Stephen D. Spencer
Stephen D. Spencer
Attorney for Plaintiff