3-15-22

Dearest Judge David Barlow

2:22cv227
I'm writing you today & including the envelope sent to me yesterday 3-14-22. However it's contents were not permitted for me to read as they did not meet the BOP criteria for legal mail. Therefore I am sincerely requesting that it be resent so that I can comply with any requests & am asking if there is a ruling on anything or about any legal matter that it please be postponed until I have the opportunity to review & respond accordingly. I apologize for any hassel(s) & look forward to getting the information & hearing from you soon. So grateful!

Sincerely &
Respectfully,

[signature]

Christopher D. Hales

United States District Court
District of Utah

Office of the Clerk
United States Courthouse

351 South West Temple
Salt Lake City, Utah
84101

Official Business

SALT LAKE CITY UT 840 Hasler
8 MAR 2022 PM 2 L
03/08/2022
US POSTAGE $00.53⁰

FIRST-CLASS MAIL

ZIP 84101
011D11628168

LEGAL MAIL

DOES NOT MEET BOP
CRITERIA FOR LEGAL MAIL
PROCESSING

80123-110099

LEGAL MAIL