Federal Correctional Institution Englewood
Christopher Hales 17419-081
9595 W. Quincy Ave
Littleton, CO
80123

DENVER CO 802
16 MAR 2022 PM 2 L



Judge David Barlow
United States District Court
District of Utah
Office of the Clerk
United States Courthouse
351 South West Temple
S.L.C. Utah
84101